# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Ruben Leon v. Chicago Police Officers     Case Number:

H. Candelario, Star # 11451, J. Cowin, Star # 19145, J. Munoz, Star # 10307, R. Romero, Star # 6340, and The City of Chicago

```
FILED: JULY 18, 2008
08CV4141
JUDGE NORGLE
MAGISTRATE JUDGE COX

PH
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ruben Leon, Plaintiff

| NAME (Type or print) |
|---|
| Melinda Power |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Melinda Power |

| FIRM   West Town Community Law Office |
|---|

| STREET ADDRESS   2502 W. Division St. |
|---|

| CITY/STATE/ZIP   Chicago, IL 60622 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6181115 | TELEPHONE NUMBER   773-278-6706 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y |
|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y |
|---|

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
|---|
| RETAINED COUNSEL                    APPOINTED COUNSEL |