**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Ruben Leon v. Chicago Police Officers H. Candelario, Star # 11451, J. Cowin, Star # 19145, J. Munoz, Star # 10307, R. Romero, Star # 6340, and The City of Chicago

Case Number:
FILED: JULY 18, 2008
08CV4141
JUDGE NORGLE
MAGISTRATE JUDGE COX

PH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ruben Leon, Plaintiff

| | |
|---|---|
| NAME (Type or print) Sandeep Basran | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Sandeep Basran | |
| FIRM West Town Community Law Office | |
| STREET ADDRESS 2502 W. Division St. | |
| CITY/STATE/ZIP Chicago, IL 60622 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6289018 | TELEPHONE NUMBER 773-278-6706 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL            APPOINTED COUNSEL | |

Case 1:08-cv-04141     Document 4     Filed 07/18/2008     Page 2 of 2